GOODNOW v. WELLS et al.

Taxes: ERRONEOUS PAYMENT ON ANOTHER'S LAND: RECOVERY BY PAYER FROM OWNER: STATUTE OF LIMITATIONS.

*Appeal from Webster District Court.*

ACTION in equity to recover taxes paid under the same circumstances substantially stated in *Goodnow v. Moulton*, 51 Iowa, 555. There was judgment for the plaintiff and the defendant appeals.

*Theo. Hawley,* for appellant.

*Geo. Crane,* for appellee.

PER CURIAM.—The facts in this case are the same as in *Goodnow v. Stryker*, 61 Iowa, 261, and following that case the judgment of the district court must be affirmed.

There are members of the court who think the cited case was incorrectly decided, but, under the well-settled rule of *stare decises,* they think we must adhere thereto, especially so because of the many peculiar facts and many cases which have been determined by this court based on the subject-matter upon which this action is grounded

AFFIRMED.